**Order filed June 25, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00303-CV

_____

**LENNIE JACKSON, Appellant**

**V.**

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE MASTR ASSET BACKED SECURITIES TRUST 2007-NCW MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-NCW, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1128290**

---

_____

## NO. 14-19-00460-CV

_____

**IN RE LENNIE JACKSON, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 3**
**Harris County, Texas**
**Trial Court No. 1128290**

---

# O R D E R

On April 11, 2019, Lennie Jackson filed a notice of appeal from the trial court's order signed March 28, 2019. That appeal was assigned to this court under our appellate case number 14-19-00303-CV. On June 7, 2019, Jackson filed a petition for writ of mandamus complaining of the same order. The original proceeding has been assigned our case number 14-19-00460-CV.

Today, the court, on its own motion, orders the appeal and original proceeding **CONSOLIDATED.**

The court further **REQUESTS** the real party in interest in case number 14-19-00460-CV, who is the appellee in appeal number 14-19-00303-CV, to file a response to the petition for writ of mandamus. The response is due concurrently with appellee's brief in the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.